Robert F. Brennan, Esq. [S.B. #132449]  JS-6
**BRENNAN, WIENER, & ASSOCIATES**
3150 Montrose Ave.
La Crescenta, Ca. 91214
rbrennan@brennanlaw.com
[818] 249-5291 Phone
[818] 249-4329 Fax

Attorneys for: Plaintiff Maha Lessner

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHA LESSNER, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC. a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV11-9519 DMG (PJWx)<br><br>ORDER DISMISSING ENTIRE ACTION<br>[24] |

Plaintiff Maha Lessner has announced to the Court that all matters in controversy against Defendant Equifax Information Services, LLC have been resolved.

The parties' Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, and good cause appearing,

1

ORDER DISMISSING ENTIRE ACTION

1     IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Maha Lessner against Defendant Equifax Information Services, LLC are in all respects dismissed with prejudice to the re-filing of same, with court costs to be paid by the party incurring same.

    Since there are no remaining defendants in this case, this order shall result in the dismissal of the entire action.

DATED: November 9, 2012

                                        _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE